| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. HARTER, #179741 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | DESIREE STACEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 13-MJ-00316-KJN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO VACATE BENCH TRIAL AND SET |
| v. | ) | FOR CHANGE OF PLEA |
| | ) | |
| DESIREE STACEY, | ) | DATE: December 9, 2013 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Kendall J. Newman |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney MICHAEL STANLEY and Chief Assistant Federal Defender LINDA C. HARTER, attorney for DESIREE STACEY, that the Court vacates the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

bench trial set for December 9, 2013 at 9:00 a.m., and this case be set for a change of plea on December 9, 2013 at 9:00 a.m.

Dated: November 25, 2013  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Harter*
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
DESIREE STACEY

Dated: November 25, 2013  BENJAMIN B. WAGNER
United States Attorney

*/s/ Linda C. Harter for*
MICHAEL STANLEY
Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 26, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE